**FILED**
**DECEMBER 19, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case Number:

Laborers' Pension Fund and Laborers' Welfare Fund et al.,
      Plaintiffs,

v.

T.A. Perochelli Co., and Thomas A. Perochelli,
      Defendants.

**07 C 7126**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Laborers' Pension and Laborers' Welfare Fund for the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago Vicinity and James S. Jorgensen.

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE SCHENKIER**

| | |
|---|---|
| NAME (Type or print) <br> Karen I. Engelhardt | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ /s/ Karen I. Engelhardt | |
| FIRM <br> Allison, Slutsky & Kennedy, P.C. | |
| STREET ADDRESS <br> 230 W. Monroe Street, Suite 2600 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3128850 | TELEPHONE NUMBER <br> (312) 364-9400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |