Form **BCA-5.25**
(Rev. Jan. 2003)

**AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE UNDER THE BUSINESS CORPORATION ACT**

File # 5921-080-7

Jesse White
Secretary of State
Department of Business Services
Springfield, IL 62756
217-524-6748
www.cyberdriveillinois.com

Remit payment in check or money order payable to Secretary of State.

This space for use by Secretary of State.

# FILED

MAR 0 4 2008

**JESSE WHITE
SECRETARY OF STATE**

SUBMIT IN DUPLICATE

Date: 03-04-08

Filing Fee: $10

Approved: _____

1. Title and Number of Case:

   Laborers' Pension Funds, et al.          first named plaintiff

   v

   T.A. Parochelli Co., & Thomas Parochelli     first named defendant

   Number  07 C 7126

2. Name of corporation being served: T.A. Parochelli Co.

3. Title of court in which an action, suit or proceeding has been commenced: U.S. Dist. Courts ( N.D. Ill)

4. Title of instrument being served: Summons and Complaint

5. Basis for service on the Secretary of State: (check and complete appropriate box)

   a. ☐  The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☐  The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☑  The corporation was dissolved on ____June 1____ , ____2006____ ; the conditions
   Month & Day                    Year
   of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five (5) years thereafter.

   d. ☐  The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on _____ , _____ .
   Month & Day          Year

   e. ☐  The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: 1645 W. Berwyn, Chicago, Illinois 60640.

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   Signature of Affiant

   March 3           2008
   Month & Day        Year

   ( 312 )   364-9400
   Telephone Number

   Return to (please type or print clearly):

   Allison, Slutsky & Kennedy- Josiah Groff
   Name
   230 W. Monroe, Suite 2600
   Street
   Chicago          IL     60606
   City/Town        State    ZIP

   **TENDERED CHICAGO CORP. DEPARTMENT**

   MAR 03 2008

   ACCEPTANCE AND "FILED" DATE ESTABLISHED ONLY AFTER REVIEW

Printed by authority of the State of Illinois. June 2005 — 5M — C 213.10

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Laborers' Pension Funds et al.,

V.

T.A. Perochelli Co., and Thomas A. Perochelli

CASE NUMBER: **07 C 7126**

ASSIGNED JUDGE: **JUDGE GETTLEMAN**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

T.A. Perochelli Co.
c/o Thomas A. Perochelli
1645 W. Berwyn
Chicago, IL 60640

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karen I. Engelhardt
Allison, Slutsky & Kennedy,P.C.
230 W. Monroe Street, Suite 2600
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Nadine Girley*
-------------------------------------
**(By) DEPUTY CLERK**

**December 19, 2007**
-------------------------------------
**Date**

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me [1] | DATE | Not Served |
| NAME OF SERVER (PRINT)     William Baldree | TITLE | Special Process Server |

Check one box below to indicate appropriate method of service

G  Served personally upon the defendant.  Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
 discretion then residing therein.

 Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted:  **Attempted service upon Mr. Thomas A. Perochelli,
of the T.A. Perochelli Co, at 1645 West Berwyn
Ave., in Chicago, Ill., disclosed that neither he, or the
company was currently at this location. This information was
obtained from the current resident, Ms. Katherine Simpson.
Ms. Simpson could not provide any further information
relative to Mr. Perochelli.**

G  Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

 I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  February 8'th, 2008     _William Baldree_
               Date                          Signature of Server

                        **Post Office Box # 911
                        Tinley Park, Ill. 60477**

                        _____
                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.