UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

LABORERS' PENSION FUNDS ET AL.

PLAINTIFF(S)

Case No.
07 C 7126

VS.

T.A. PEROCHELLI CO. and THOMAS A. PEROCHELLI

DEFENDANT(S)

AFFIDAVIT OF DUE DILIGENCE:
SUMMONS & COMPLAINT

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Affiant states s(he) **DISCONTINUED ATTEMPTING SERVICE** upon **THOMAS A. PEROCHELLI** at **1645 W BERWYN, CHICAGO, IL 60640** after due search, careful inquiry and diligent attempts for the reason detailed below.

3/4/2008 12:00 PM - This is a single family home. There are no names on the doorbell or mailbox. No answer.
3/4/2008 12:10 PM - 5315 N CLARK ST, CHICAGO, IL 60640, this is a 3 flat. There are no names on the doorbells or mailslot. No answer.
3/7/2008 6:00 PM - No answer.
3/7/2008 6:10 PM - 5315 N CLARK ST, CHICAGO, IL 60640, No answer.
3/12/2008 7:43 PM - A woman answered the door and said the defendant is just a friend and she does not know where the defendant lives.
3/12/2008 7:56 PM - 5315 N CLARK ST, CHICAGO, IL 60640, I spoke with an occupant who said she knows everyone in the building and has never heard of the defendant. On the 1st floor there is a UPS Store with mailboxes. I spoke with an employee there who said she does not recognize the name and would need a box number to verify if the defendant has a PO Box here.

I declare under penalties of perjury that the information contained herein is true and correct.

_(signature)_

**Steven A Stosur, Lic #: 117-001119**
**Judicial Attorney Services, Inc.**
**27 N Wacker Dr., Ste 431**
**Chicago, IL 60606**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 13th day of March, 2008

_Joan C. Harenberg_

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/13/09

NOTARY PUBLIC

CLIENT NAME:
Allison, Slutsky & Kennedy, P.C.*

ORIGINAL PROOF OF SERVICE

TRACKING #
36856

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and<br>LABORERS' WELFARE FUND, et al.,<br><br>　　　　　Plaintiffs,<br><br>　Vs:<br><br>T.A. PEROCHELLI CO., and THOMAS A.<br>PEROCHELLI,<br>　　　　　Defendants. | AFFIDAVIT OF SPECIAL<br>PROCESS SERVER<br><br>COURT CASE # 07 C 7126 |

I hereby certify, under penalty of perjury, that in an effort to serve Mr. Thomas A. Perochelli with the two (2) Summons and Complaints, I went to the location of 910 S. I Oka Ave., in Mt. Prospect, Illinois.

This location was observed to be a single family home, currently occupied by a Ms. Rhonda Hindmon. In speaking with Ms. Rhonda Hindmon, she stated that Mr. Thomas Perochelli did not reside at that home, but he did own the building. Ms. Hindmon stated that she was currently renting this residence from Mr. Perochelli. Ms. Rhonda Hindmon was then asked if she was able to provide any information relative to the current location of Mr. Perochelli, and she stated she was unable to do so.

This effort and interview took place during the 1st week of February, 2008.

　　　　　　　　　　　　　　　　　　　　William Baldree
　　　　　　　　　　　　　　　　　　　　Special Process Server

Dated: April 4'th, 2008

Signed and sworn to, before me, a Notary Public, on this 4'th day of April, 2008.

(NOTARY PUBLIC)

OFFICIAL SEAL
THOMAS E DAVARE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/05/10