IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, JAMES S. JORGENSEN, Administrator of the Funds, <br><br>          Plaintiffs, <br><br>    v. <br><br>T.A. PAROCHELLI CO., and THOMAS PAROCHELLI. <br><br>          Defendants. | Case No. 07 C 7126 <br><br> Judge Gettleman |

**NOTICE OF MOTION**

To:    Thomas Parochelli                        T.A. Parochelli Co.
         1645 West Berwyn Avenue       5315 North Clark Street
         Chicago, Illinois 60640              Chicago, Illinois 60640

         T.A. Parochelli, Co.
         910 South I-Oka
         Mount Prospect, Illinois 60056

      PLEASE TAKE NOTICE THAT on Tuesday, April 15, 2008 at 9:15 a.m., I shall appear before Honorable Judge Gettleman in Courtroom 1703, usually occupied by him, at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the Plaintiffs' Motion for Additional Time to Serve Defendant Under Rule 4(m), a copy of which is attached hereto.

                                                                                    By:

                                                                                 /s/ Josiah A. Groff
                                                                                 One of Plaintiffs' attorneys

Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street
Suite 2600
Chicago, Illinois 60604
(312) 364-9400

April 7, 2008

**CERTIFICATE OF SERVICE**

      I, Josiah A. Groff, an attorney, state that I served copies of the foregoing Notice of Motion and Plaintiffs' Motion for Additional Time to Serve Defendant Under Rule 4(m) to the following mentioned below by U.S. mail on April 7, 2008, with proper postage prepaid from the U.S. Mail Box at 230 West Monroe Street Suite 2600, Chicago, IL 60606.

| | |
|---|---|
| Thomas Parochelli | T.A. Parochelli Co. |
| 1645 West Berwyn Avenue | 5315 North Clark Street |
| Chicago, Illinois 60640 | Chicago, Illinois 60640 |

T.A. Parochelli, Co.
910 South I-Oka
Mount Prospect, Illinois 60056

                                              /s/ Josiah A. Groff