IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, JAMES S. JORGENSEN, Administrator of the Funds,<br><br>          Plaintiffs,<br><br>   v.<br><br>T.A. PAROCHELLI CO., and THOMAS PAROCHELLI.<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 07 C 7126<br>)<br>) Judge Gettleman<br>)<br>)<br>) |

**AMENDED NOTICE OF MOTION**

To: Thomas Parochelli                  T.A. Parochelli Co.
     1645 West Berwyn Avenue         5315 North Clark Street
     Chicago, Illinois 60640            Chicago, Illinois 60640

     T.A. Parochelli, Co.
     910 South I-Oka
     Mount Prospect, Illinois 60056

     PLEASE TAKE NOTICE that the motion hearing originally scheduled for Tuesday, April 15, 2008, at 9:15 a.m. has been rescheduled to Thursday, April 17, 2008, at 9:15 a.m. Therefore, on Thursday, April 17, 2008 at 9:15 a.m., I shall appear before Honorable Judge Gettleman in Courtroom 1703, usually occupied by him, at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the Plaintiffs' Motion for Additional Time to Serve Defendant Under Rule 4(m), a copy of which was previously served upon you.

                                                                                                      By:

                                                                                                      /s/ Josiah A. Groff
                                                                                                      One of Plaintiffs' attorneys

Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street
Suite 2600
Chicago, Illinois 60604
(312) 364-9400

April 8, 2008

## **CERTIFICATE OF SERVICE**

      I, Josiah A. Groff, an attorney, state that I served copies of the foregoing Amended Notice of Motion to the following mentioned below by U.S. mail on April 8, 2008, with proper postage prepaid from the U.S. Mail Box at 230 West Monroe Street Suite 2600, Chicago, IL 60606.

| | |
|---|---|
| Thomas Parochelli<br>1645 West Berwyn Avenue<br>Chicago, Illinois 60640 | T.A. Parochelli Co.<br>5315 North Clark Street<br>Chicago, Illinois 60640 |

T.A. Parochelli, Co.
910 South I-Oka
Mount Prospect, Illinois 60056

                                                    /s/ Josiah A. Groff