### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND and | ) | |
| LABORERS' WELFARE FUND OF THE | ) | |
| HEALTH AND WELFARE DEPARTMENT | ) | |
| OF THE CONSTRUCTION AND GENERAL | ) | |
| LABORERS' DISTRICT COUNCIL OF | ) | |
| CHICAGO AND VICINITY, JAMES S. | ) | |
| JORGENSEN, Administrator of the Funds, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 7126 |
| | ) | |
| T.A. PAROCHELLI CO., | ) | Judge Gettleman |
| and THOMAS PAROCHELLI. | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, by their attorneys, file this notice of voluntary dismissal, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Wherefore, Plaintiffs request that this cause be dismissed without prejudice.

/s/ Josiah A. Groff
On behalf of Plaintiffs

Josiah A. Groff
Karen I. Engelhardt
Allison, Slutsky & Kennedy, P.C.
230 West Monroe
Suite 2600
Chicago, Illinois 60606
(312) 364-9400

July 8, 2008

## CERTIFICATE OF SERVICE

I, Josiah A. Groff, an attorney, state that I served copies of the foregoing Notice of Voluntary Dismissal to the following mentioned below by U.S. mail on July 9, 2008, with proper postage prepaid from the U.S. Mail Box at 230 West Monroe Street Suite 2600, Chicago, IL 60606.

Thomas Parochelli
1645 West Berwyn Avenue
Chicago, Illinois 60640

T.A. Parochelli Co.
5315 North Clark Street
Chicago, Illinois 60640

T.A. Parochelli, Co.
910 South I-Oka
Mount Prospect, Illinois 60056

/s/ Josiah A. Groff