## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7126 | **DATE** | 7/14/2008 |
| **CASE TITLE** | Laborers Pensoni Fund, et al    vs    T.A. Parochelli Co. et al | | |

**DOCKET ENTRY TEXT:**

This cause is voluntarily dismissed without prejudice, pursuant to F.R.C.P. rule 41(a)(1)(A)(i).

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|